## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

EUGENE JANKOWSKE,

    Plaintiff,

vs.                                CASE NO.: 3:05cv32/MCR/EMT

METROPOLITAN LIFE
INSURANCE COMPANY,

    Defendant.
_____/

## AMENDED ORDER OF DISMISSAL

    This matter is before the Court upon the parties' Joint Stipulation to Dismiss Certain Claims with Prejudice and to Dismiss Certain Claims Without Prejudice. (Doc. 22). The previously entered Order of Dismissal (doc. 21) is amended to the extent this case is dismissed consistent with the parties' joint stipulation. The Clerk is directed to close the case in its entirety for all purposes.

    **ORDERED** on this 23rd day of May, 2005.


                                                  s/ *M. Casey Rodgers*
                                                  **M. CASEY RODGERS**
                                                  **United States District Judge**